*Warren E. Miller* for petitioners. *Solicitor General Mc-Grath, Assistant Attorney General Sonnett, Abraham J. Harris* and *Fendall Marbury* for the United States.

No. 228. TROY LAUNDRY CO. ET AL. *v.* WIRTZ, CHAIRMAN OF THE NATIONAL WAGE STABILIZATION BOARD. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Charles P. McCarthy* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney* and *Abraham J. Harris* for respondent.

No. 230. BEAUCHAMP *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Henry S. Sweeny* for petitioner. *Solicitor General McGrath, Frederick Bernays Wiener, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 236. LADREY ET AL. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *James R. Kirkland* for petitioners. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 239. MELTZER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second